FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

25 FEB 14 PM 3:05

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. ______________________________
(To be supplied by the court)

The Moorish Science Temple of America Trust corpus consulate of the united states for the Moroccan Empire, Plaintiff

v.

**Jury Trial requested:**
**(please check one)**
___ **Yes** ___ **No**

ODIN NEW HORIZON REAL ESTATE FUND LP

JUDGE COLLEEN CLARK,

Arapahoe County Sheriff Dept,

Colorado Attorney General, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## COMPLAINT

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

**A. PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the the court may result in dismissal of your case.*

Allison Stanton El /Executor Grand Governor Executor: Javel Bey
(Name and complete mailing address) 164 Saint Johns Place, near Brooklyn/NY Kings county, New York Republic USA Morocco

929.285.1911 beyjavel@gmail.com
(Telephone number and e-mail address)

**B. DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: ODIN NEW HORIZON REAL ESTATE FUND LP
(Name and complete mailing address)

agershen@scalefirm.com
(Telephone number and e-mail address if known)

Defendant 2: Judge Colleen Clark 1790 W. Littleton Blvd
(Name and complete mailing address) Littleton CO 80120

(Telephone number and e-mail address if known)

Defendant 3: Arapahoe County Sheriff Dept, Deputy Elliott #14082
(Name and complete mailing address) 13101 E. Broncos Pkwy Centennial CO 80112

720.874.3858 eelliott@arapahoegov.com
(Telephone number and e-mail address if known)

Defendant 4: Colorado Attorney General-Phil Weiser
(Name and complete mailing address) 1300 Broadway 10th floor Denver CO 80203

720-508-6000
(Telephone number and e-mail address if known)

**C. JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

✓ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

Abridging the rights of federally religious protected persons US government entity trust law Moorish Treaty, violation of constitutional rights, conspiracy and treason against American constitution and the republic form of government Moorish treaties as protected by American constitution as part of the supremacy clause.

✓ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of United States *** Morocco Colorado republic Province of America The Moorish Science Temple of America

If Defendant 1 is an individual, Defendant 1 is a citizen of United States District of Columbia State of Colorado Corporation

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of State of Colorado (name of state or foreign nation).

Defendant 1 has its principal place of business in State of Colorado (name of state or foreign nation).

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

**D. STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: See attached Documents

Supporting facts:

See attached Documents

## E. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

- 1,000,000,000. value for property damages to Moorish Science Temple of America beneficiary Allison Stanton El
- All parties tried for treason against the American Constitution and the republic form of government
- All parties involved to pay restitution of sum 1,000,000,000. to beneficiary Allison Stanton El and Moorish Science Temple of America for legal and professional fees and troubles 7,000.00 for stress and terrorizing Allison Stanton El: Beneficiary in the Moorish Science Temple of America
- All property of member Christian Person Allison Stanton now Allison Stanton El a Moslem is now vested in our control and care of the Moorish Science Temple of America: consulate of the United States for the Moroccan Empire Trust Corpus on behalf his Shariff Majesty, holy Prophet Noble Drew Ali express fee simple absolute trust 10105905, a demand, a restoration and redemption of property immediately and restoration of funds for damages in 3 days no later without cited lawful reasons.

## F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

/s/ Allison Stanton El
(Plaintiff's signature)

2/14/2025
(Date)

(Revised February 2022)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

E-Filed

Colorado Secretary of State
ID#: 20251151929
Document #: 20251151929
Filed on: 02/05/2025 11:15:06 AM
Paid: $20.00

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.coloradosos.gov.

ABOVE SPACE FOR OFFICE USE ONLY

**Statement of Trade Name of an Estate, a Trust, a State or an Other Jurisdiction**
filed pursuant to §7-71-103 and §7-71-107 and of the Colorado Revised Statutes (C.R.S)

1. *(Complete the following statement by marking the applicable box. Caution: Mark only one box.)*
The person delivering this statement is

- [X] an estate.
- [X] a trust.
- [X] a state.
- [ ] a jurisdiction other than a state.

2. The true name of such person is Holy Prophet Noble Drew Ali Fee Simple Absolute Trust.

3. The principal address of such person is

Street address: 164 Saint Johns Place
*(Street number and name)*
Republic usa Morocco
Brooklyn *(City)* NY *(State)* 11217-5905 *(Postal/Zip Code)*
Kings County *(Province – if applicable)* ______ *(Country – if not US)*

Mailing address (leave blank if same as street address)
______ *(Street number and name or Post Office Box information)*
______
______ *(City)* ______ *(State)* ______ *(Postal/Zip Code)*
______ *(Province – if applicable)* ______ *(Country – if not US)*

4. The trade name under which such person transacts business or conducts activities or contemplates transacting business or conducting activities in this state is

The Moorish Science Temple of America.

5. A brief description of the kind of business transacted or activities conducted or contemplated to be transacted or conducted in this state under such trade name is

PROCLAMATION OF NATIONALITY.

6. *(If the following statement applies, adopt the statement by marking the box and include an attachment.)*
[X] This document contains additional information as provided by law.

7. *(Caution: Leave blank if the document does not have a delayed effective date. Stating a delayed effective date has significant legal consequences. Read instructions before entering a date.)*

*(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*
The delayed effective date and, if applicable, time of this document are ______________________.
*(mm/dd/yyyy hour:minute am/pm)*

Notice:
Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that such document is such individual's act and deed, or that such individual in good faith believes such document is the act and deed of the person on whose behalf such individual is causing such document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S. and, if applicable, the constituent documents and the organic statutes, and that such individual in good faith believes the facts stated in such document are true and such document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is identified in this document as one who has caused it to be delivered.

8. The true name and mailing address of the individual causing this document to be delivered for filing are

| Stanton El | Allison | | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

16622 E ASBURY AVE
*(Street number and name or Post Office Box information)*
Republic usa Morocco

| Arapahoe County | CO | 80013-5905 |
|---|---|---|
| *(City)* | *(State)* | *(Postal/Zip Code)* |

| | United States. |
|---|---|
| *(Province – if applicable)* | *(Country – if not US)* |

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*
☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

Disclaimer:
This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty. While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet. Questions should be addressed to the user's legal, business or tax advisor(s).





Javel Bey
Foreign Council
Grand Governor: Executor

Moorish Science Temple of America

notice to agent is notice to principle
on behalf Allison Stanton baptized Allison Stanton El

cc: Attorney General Complaint: ref:!00Dt004XX8.!500cs0U9ril:ref

Home office: 164 Saint Johns place, near Brooklyn NY, Kings County, New York Republic USA, Morocco
BeyJavel@gmail.com

02-13-2025 A.D

Cc: Alexander Gershen
Agershen@scalefirm.com
Cc: ~~Horizon Real Estate [redacted] Fund LP~~
ODIN NEW HORIZON REAL ESTATE FUND LP

Secretary of state filing #202051151929
Trust corpus filing:E5009949- Arapahoe County

Foreign internation notice

Eminent domain claim/lien on behalf fee simple vast estate express trust grantor Prophet Noble Drew Ali

Re: Special Attention to not abridge the rights of The Moorish Science Temple Of America

Whereas the Christian Person **Allison Stanton** has been baptized **Allison Stanton El a** Moslem of the west and she has Proclaimed and declare for public record her true nationality of **Moorish American** and Divine Creed of **Islamism** according to our divine and National Constitution Act 6, that said person **Allison Stanton: EL** is now Conveyed into our Ecclesiastical vast estate express trust of **Noble Drew Ali** recorded in cook county recorder of deed 1928, Aug 1,1928 A.d Cook County

Recorder of Deed. The said Person **Allison Stanton EL** is not under any color of law, Christian Codes or creed, free from any adhesion contracts of foreign entity, political party state of Colorado, city of Aurora agencies or instrumentalities and is solely under the Authority of the Great God Allah, his holy and Divine Prophet Noble Drew Ali, the Moorish Science Temple of America.

The Moorish Science Temple of America have, interest, Rights and claim to land, Parcel land, lot or Properties near **16622 E. Asbury, Arapahoe County, Colorado Republic, USA, Morocco.**

**Laws. cited for your comprehension**

**Express Trust divine inheritance Circle seven holy Koran of the Moorish Science Temple of America laws at large chap: 47-48**

**CHAPTER XLVII EGYPT, THE CAPITAL EMPIRE OF THE DOMINION OF**

**AFRICA**

**1. The inhabitants of Africa are the descendants of the ancient Canaanites from the land of Canaan.**

Old man Cush and his family are the first inhabitants of

Africa who came from the land of Canaan.

1. His father Ham and his family were second. Then came the word Ethiopia, which means the demarcation line of the dominion of Amexem, the first true and divine name of Africa. The dividing of the land between the father and the son.
2. The dominion of Cush, North-East and South-East Africa and North-West and South-West was his father's dominion of Africa.
3. In later years many of their brethren from Asia and the Holy lands joined them.
4. The Moabites from the land of Moab who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa; they were the founders and are the true possessors of the present Moroccan Empire. With their Canaanite, Hittite and Amorite brethren who sojourned from the land of Canaan seeking new homes.
   1. Their dominion and inhabitation extended from North-Bast and South-West Africa, across the great Atlantis even unto the present North, South and Central America and also Mexico and the Atlantis Islands; before the great earthquake, which caused the great Atlantic Ocean.
   2. The River Nile was dredged and made by the ancient Pharoahs of Egypt, in order to trade with the surrounding kingdoms.

(805 ILCS 110/43) (from Ch. 32, par. 172)

Sec. 43. The trustees shall have the care, custody and control of the real and personal property of the corporation, subject to the direction of the congregation, church or society, and may, when directed by the congregation, church or society, erect houses or buildings and improvements, and repair and alter the same, and may, when so directed, mortgage, incumber, sell and convey any real or personal estate of such corporation, and enter into all lawful contracts in the name of and in behalf of such corporation: but no mortgage, incumbrance, sale or conveyance shall be made of any such estate, so as to defeat or destroy the effect of any gift, grant or legacy which may be made to such corporation; but all such gifts, grants and legacies shall be appropriated and used as directed or intended by the person or persons making the same. However, this limitation on the disposition of real or personal property does not apply to the extent that a restriction imposed by a donor on the use of an institutional fund may be released by the governing board of an institution under the Uniform Prudent Management of Institutional Funds Act.

(Source: P.A. 96-29, eff. 6-30-09.)

(805 ILCS 110/47)

Sec. 47. Liability.

(a) The members of a corporation organized under this Act shall not be personally liable for any debt or obligation of the corporation.

(805 ILCS 110/46e) (from Ch. 32, par. 180)

Sec. 46e. The trustees of every such congregation, church, or society, under the patronage, control, direction, or supervision of any ecclesiastical body, or diocesan, or like ecclesiastical officer, after the same has become incorporated under Sections 46a to 46h, inclusive, of this Act, and their successors, shall have perpetual succession with power to adopt a common seal, which may be altered and changed at pleasure, contract, and be contracted with, sue and be sued, plead and be impleaded, by the corporate name of such congregation, in all courts, whatever; to receive, hold, dispose of, mortgage, and convey any kind of property; to make and adopt by-laws for their government, not inconsistent with Sections 46a to 46h, inclusive, of this Act, or with the rules and regulations of the sect or denomination having the charge or patronage of the corporation; and shall alone have power to make all contracts needful in the management of the temporal affairs of such congregation, church, or society: but no conveyance, or mortgage shall be made to affect, or destroy the intent of any grant, legacy, or donation, that may be made to any person, or trustee, for the use of such congregation, church, or society, or for the use of any sect, or denomination. However, this limitation on the disposition of real or personal property does not apply to the extent that a restriction imposed by a donor on the use of an institutional fund may be released by the governing board of an institution under the Uniform Prudent Management of Institutional Funds Act. The trustees of any corporation, organized under Sections 46a to

46h, inclusive, of this Act, which is, or may be, under the control, patronage, direction or, supervision of any ecclesiastical body, diocesan, or like officer, shall hold and control, invest or reinvest the real and personal property of such corporation, and contract with reference thereto, according to the "Uniform Management of Institutional Funds Act", or the rules, regulations, constitution, articles of association, by-laws, or canons of such ecclesiastical body, diocesan, or like ecclesiastical officer.
(Source: P.A. 96-29, eff. 6-30-09.)

As guaranteed in the American constitution our religious freedom and he Moorish Science Temple Of America rights to be secured in our persons and Allison Stanton: El is now a proclaim Moslem and her free National as true American Citizen of the America Republic with beneficiary interest in real land under the authority of the great god Allah, Noble Drew Ali, and her forefathers under trust corpus governance of the Moorish Science Temple of Americ: consulate of the Moorish Science Temple of America dba with ancient and divine inherit interest in land near 16622 E. Asbury Ave, near Arapahoe County, Colorado Republic, USA, Morocco [80013] 10010-5905

Proof of fraudulent claim and conspiracy

1. Our member while in manor status would not be competent to contract and therefore was not made aware of the details and the ramification of the adhesion contracts such as mortgages loan which are dead pledges she never received lawful Money or was this proof of transfer of lawfully money transferred to her account

2. We believe the foreign agency acting attorneys, judges, Arapahoe County sheriff are acting out of law but are acting within color of law. The attorneys and acting administrators were in conspiracy with their similar interest in being members of the same bar association(bar) or supreme court private court room membership which laws and codes and are foreign entity to the American Constitution and Colorado Republic/Territory. Private court room motions and order are not laws.
3. Mortgages are dead pledges and Ponzi schemes and are unclean business practices and interest and claim through these are dead void ab intio
   To further proceed with the fraudulent claims of interest conveyed by fraudulent misleading contracts is to condone the fraud practices.

7 U.S. Code § 6b - Contracts designed to defraud or mislead

4. Penn., 319 US 105: "No state shall convert a liberty into a privilege, license it, and attach a fee to it." Shuttlesworth v. Birmingham, 373 US 262: "If the state converts a liberty into a privilege, the citizen can engage in the right with impunity
5. Present the lawful money transfer receipt redeemable in gold and silver. The signed promissory note was false and fraudulent business this deceitful contracting method you the said prior parties to whom you have been assigned their false beneficiary interest

Relief sought

Restoration of property to Moorish Science Temple of America beneficiary control

All claims and liens removed

3. 1,000,000,000 values for property damages awarded to Moorish Science Temple of America beneficiary **Alliston Staton El**
4. All parties tried for treason against the American constitution and the republic form of government

5. We asked that all parties involve to pay restitution of sum of 1,000,000,000 to beneficiary **Allison Stanton E**l and Moorish Science Temple of America for legal and Professional fees and troubles 7,0000 for her stress and terrorizing of the said Allison Stanton El: Beneficiary in the Moorish Science Temple Of America
6. All property of member Christian Person **Alliston Stanton** now **Allison Stanton El a Moslem**, is has been now vested in our control and care of the Moorish Science Temple of America: Consulate of the United States for the Moroccan Empire trust Corpus on behalf his Sharif Majesty, holy Prophet Noble Drew Ali express fee simple absolute trust 10105905, a demand a restoration and redemption of property immediately and restoration of funds for damages in 3 days no later without cited lawful reasons

We appreciate your prompt attention to this matter and look forward to resolving this issue amicably.

Sheik Javel Bey

Foreign Council Representative: Executor
Estate of Prophet Noble Drew Ali
Moorish Science Temple of America

# The Moorish Science Temple of America

## Beneficiary/Membership Proclamtion

## Holy Koran of the M.S.T. of A.

Ch. 47 v. 15

"The time has come that every nation must worship under its own vine and fig, and every tongue must confess his own."

Now, in accordance with the Divine Plan of the Ages, it is mandatory for the people, standing in their Proper Person, to proclaim their Free National Status, thus dissolving all unauthorized political bonds and assumed jurisdiction.

Ch. 45 v.1-2

"The fallen sons and daughters of the Asiatic Nation of North America need to learn to love instead of hate; and to know of his higher self and lower self. this is the uniting of the Holy Koran of Mecca for reaching and instructing all Moorish Americans etc."

"The key to civilization was and is in the hands of the Asiatic nations. The Moorish, who were the ancient Moabites, and the founders of the Holy City of Mecca."

Ch. 47 v. 6-8

"The Moabites from the land of Moab who received permission from the Pharaohs of Egypt to settle and inhabit Northwest Africa; they were the founders and are the true possessors of the present Moroccan Empire. With their Canaanite, Hittite and Amorite brethren who sojourned from the land of
Canaan seeking homes."

"The River Nile was drudged and made by ancient Pharaohs of Egypt in order to trade with the surrounding kingdoms. Also, the Niger River was drudge by the great Pharaoh of Egypt in those ancient days for trade. and it extends eastward from the River Nile, eastward across the Atlantic. It was used for trade and transportation."

**Moslem Person: Allison Stanton El**
Christian Person: **Allison Stanton**
Date of Birth: **04-14-1965 A.D**

Place of Birth: North
Location:**16622 E. Asbury Ave, Arapahoe**
**Colorado Republic, 80013-5905 U.S.A, Morocco**

Date of Proclamation: January 31, 2025
Nationality: **Moorish American**

Religion: **Islamism**

Race: **Asiatic**

# Declaration of Nationality

**BE IT KNOWN**, Deriving Superior Power and Authority: Great Koran of Mohammed/ Circle Seven, Chap. 35 Verse 23; Restored Republic Constitution; Original Lincoln's and by U.S. Supreme Court Decision, of April 15, 1872, Concerning "Trial of if Society," etc., Watson v. Jones, 13 Wallace, United States s Supreme Court Reports, Page 679; Hurd's Revised Statutes Chapters 32, 36

For such purposes, the following member **Allison Stanton EL** **has proclaimed Nationality according to Act 6.** – "With us all members must proclaim their nationality and we are teaching our people their nationality and their Divine Creed that they may know that they are a part and parcel of this said government, and know that they are not Negroes, Colored Folks, Black People or Ethiopians, because these names were given to slaves by slave holders in 1779 and lasted until 1865 during the time of slavery, but this is a new era of time now, and all men now must proclaim their free national name to be recognized by the government in which they live and the nations of the earth this is the reason why Allah the Great God of the universe ordained Noble Drew Ali, the Prophet to redeem his people from their sinful ways. The Moorish Americans are the descendants of the Ancient Moabites whom inhabited the North Western and South Western shores of Africa".

I am: Allison Stanton El

Grand Governor: Javel: Bey: Javel Bey: Executor

Grand Sheik: Keith Parker El: Keith Parker El: Executor.

US NATIONAL ARCHIVE RECORD GROUP NO. 147 BOOK NO. 5-21 PAGE NO. 5-39.....FEDERAL CLASSIFICATIONS:

UNIQUE IDENTIFIER NO. 1237-7

HIERARCHAL CODE R1.01.052.004, FEDERAL CODE NO. 667, FEDERAL CODE NO. 463

U.S. DEPARTMENT OF DEFENSE FILE NO. 1-17

U.S. DEPARTMENT OF JUSTICE FILEM: BM: SHR: 1WD:144-35-0

-CORPORATIONS-RELIGIOUS-AFFIDAVIT OF ORGANIZATION- FORM 1099 DOC

10105905 BOOK521 Page 579 RECORDED IN COOK COUNTY CHICAGO, ILLINOIS-1928 AUGUST 01, 2:52PM

[redacted]

**OUR AUTHORITY – FORM 1099 10105905**

United States***Moroccan Empire u.s.a ) Uniting of asia

Northwest Africa, Egypt the capital Empire

Arapahoe County)
ColoradoRepublic)

I_XVI_MMXXV

Resolution

**PAGE 579 Book 521**

State of Illinois, )
County of COOK )

Amended:1-16-2025

No. **10105905** Federal Exempt No. **100105905**
CORPORATION – Religious – AFFIDAVIT OF
Organization Form No. 1099.

ss
1928 AUG 1 PM 252

BOOK AND RECORDED IN PAGE

I, NOBLE DREW ALI,.......................................................................................Recorder
Salomes Jasconowakie
do solemnly Swear that at a meeting of the Moorish Science Temple of America ..................................................held at........................Chicago............in the County of COOK.................................... and State of Illinois, on the ..........................20th......................................day of .........July.......A.D. 1928, For that purpose, the following Persons were appointed......Sheik(s).........according to the Rules and Usage of The Moorish Science Temple of America do solemnly Affirm that at the meeting of the members JAVEL ALLEN BEY, KEITH PARKER EL, JUAN MANUEL BEY, SHARIFF LAQUAN KING EL, RAMON JOSEPH BEY, LUIS RAFAEL BEY, ALLISON STANTON EL, were appointed Sheiks of The Moorish Science Temple of America deriving its power and authority from the Great Koran of Mohammed to propagate the faith and extend the learning and truth of the Great Prophet of Ali in America. To appoint and consecrate missionaries of the Prophet and to establish the faith of Mohammed in America. And said Moorish Science Temple of America adopted as its corporate name the following **CONSULATE OF THE UNITED STATES FOR THE MOROCCAN EMPIRE** and Incorporate **Consulate Post #4 Sharifian Dynasty** Consulate General Of New York, The Moorish Science Temple of America New York Ecclesiastical and federal Jurisdiction and CG of Morocco to restore order according to the rules and usages of the Moorish Science Temple of America a lawfully chartered and incorporated organization Under the Authority of the divine, holy and his Majesty Prophet Noble Drew Ali (Founded1913 A.D.) amended according sections 46a,46b,46c,46e,46f,46g.

Subscribed and Sworn on Before me) /s/ Drew Ali Drew Ali
on the 20th day of Aug.1928 A.D **Roberta W. Counull** Notary Public).

**AFFIDAVIT OF FACT**

# Oath of Amnesty and Reconstruction

I, **Allison Stanton El**, do solemnly affirm, in the presence of Almighty God Allah, that I will henceforth faithfully support, protect, and defend the Constitution of the United States of America and the Union of the States thereunder; and that I will in like manner abide by and faithfully support all acts of Congress passed during the existing rebellion with reference to slaves, so long and so far as not repealed, modified, or held void by Congress or by decision of the Supreme Court: and that I will in like manner abide by and faithfully support all proclamations of the President made during the existing rebellion having reference to slaves, so long and so far as not modified or declared void by decision of the Supreme Court. So help me Allah.

This affidavit is executed under the penalty of perjury under the laws of the United States of America, The Moorish Science Temple of America, (7) holy Koran.

I am:

Grand Sheik:

**LAWFUL DEMAND BY A UNITED STATES GOVERNMENT ENTITY.**
**THE EXECUTORS OF THE MOORISH SCIENCE TEMPLE OF AMERICA.**

**The Moorish Science Temple of America**
Moorish Science Temple: 164 saint johns place, near brooklyn, kings County
New York Republic usa, Morocco 11217-5905-Grand Governor-Javel Bey
Beyjavel@gmail.com
929 285 1911

## Moorish Science Temple Court of Claim: Trust claims

**Judgement**

(805 ILCS 110 / 431 9FORM Ch.32, par. 172) Sec. 43. The trustees shall have the care, custody and control of the real and personal property of the corporation, subject to the direction of the congregation ...etc.

# The Moorish Science Temple of America Court of Claim: international notice lawful demand of dismissal for treason.

cc defendant: halliday Watkins & Mann, P.C.
376 east 400 south, Ste 300, Salt lake city, UT 80112
Amanda ferguson

cc: Odin New Horizon Real Estate Fund L.P

cc Arapahoe County Sheriff

The Moorish Science Temple of America Trust Corpus
Parcel tax exempt **10105905**.
foreign Agent's councils Sheik Javel Bey

on behalf of beneficiaries/trustee ALLISON STANTON EL - Proclaimed and conveyed.

Beyjavel@gmail.com
929 285 1911

facts: Our member and beneficiary is a now proclaimed Moslem of the west and is back to being a loyal citizen pledging allegiance back to her American State: the Moorish Science Temple of America a lawfully chartered and incorporated organization 1928, and has been conveyed from the christian society to our Moslem state. Our member is not a citizen or reside within any jurisdiction of the state of colorado or city of or under any foreign corporate persons claim.

805 ILCS 110/41) (from Ch. 32, par. 170)
Sec. 41. Upon the incorporation of any congregation, church or society, all real and personal property held by any person or trustees for the use of the members thereof, shall immediately vest in such corporation and be subject to its control, and may be used, mortgaged, sold and conveyed the same as if it had been conveyed to such corporation by deed; but no such conveyance or mortgage shall be made so as to affect or destroy the intent or effect of any grant, legacy or donation that may be made to such person or trustee for the use of such congregation, church or society. However, this limitation on the disposition of real or personal property does not apply to the extent that a restriction imposed by a donor on the use of an institutional fund may be released by the governing board of an institution under the Uniform Prudent Management of Institutional Funds Act.
(Source: P.A. 96-29, eff. 6-30-09.)

**Judgment**
The court of claims of the Moorish Science Temple of America has issued a foreign award and judgment in the case of trust land Parcel 16622 E Asbury Ave, Arapahoe Colorado Republic, 80013-5905 U.S.A., Morocco on behalf of the Moorish Science Temple of America and its agencies.

**Demanding for proof of title of claim: we demand a proof of title of claim of Moorish Science Temple of America trust land and properties near.**

We are beneficiaries of our Holy Prophet Noble Drew Ali's fee simple absolute trust 10105905 filed in cook county, Illinois republic with claims to all land in our ancestral estate of America continent: united states of America for the Moroccan Empire.

As a representative of the MSTA, and foreign council agents we are authorized to engage with government officials, agencies, and international organizations to promote the interests and well-being of our nation and people and to make sure our sovereign rights are protected from molestation and to secure our real and personal property claims as American citizens.

LAWFUL DEMAND TO ALL FOREIGNS FRAUDULENT AGENTS TO PRODUCE THE FOLLOWING:

1. Public Positions and Bonds/Surety Instruments: Detailed documentation of all public positions and associated bond/surety instruments, as outlined by U.C.C. Article 9-Secured Transactions.

2. Bond/Surety/Insurance Details: Information regarding bond/surety/insurance underwriters and policy numbers as mandated by 5 U.S.C. § 552(a)(3)(A).
3. Public Individual Administrators: Documents related to public individual administrators in their official capacities, including individual bonds, surety, and oath of office.
4. Power of Attorney and Fiduciary Relationships: Records on power of attorney, attorney-in-fact, and fiduciary relationships within your corporate agencies, in line with U.C.C. Article 3-Negotiable Instruments.
5. Insurance Bonds: Comprehensive financial coverage schedules for municipal, bid, appearance, performance, and payment bonds.
6. Compliance and Trading Documentation: Reporting under Form 6 and 303 from the Trading with the Enemy Act alongside a Brady request and all pertinent F.O.I.A. and Personal Information Act records.
7. ALL SERVANTS AND ACTORS TO FILL OUT A PUBLIC SERVANT REQUEST FORM.

The importance of these records cannot be overstated, as they provide insight into the operations and activities that govern the interactions between the public and the government. Therefore, we request the waiver of all fees associated with this demand, as the release of this information is in the public interest.

Action Required: Should you find any part of this request challenging to fulfill, please cite the specific exemption under 5 U.S.C. § 552(b) that justifies the refusal and provide the detailed appeal procedures available under the Law.

We expect a response within the statutory timeframe of 20 business days as required by 5 U.S.C. § 552(a)(6)(A)(i). Should there be any delay or if you have any questions, please contact us. Failure to comply will lead to further action, including legal proceedings and public exposure of the historical injustices perpetrated against our family and community.

The proceeding documents and papers were forward all parties having or expressing an interest in this matter:

Foreign Council: Executor: **10105905**
Javel Bey, Trustee: Executor
Sheik and Cg of Fez, Morocco
Moorish Science Temple of America
in fee simple absolute.

executor:Grand Governor: ___ [signature] ___.
in fee simple absolute.
at Fez [New York, united states]
for the Moroccan Empire in fee simple absolute.




Estate of Prophet Noble Drew Ali **10105905**
the Moorish Science Temple of America
trust corpus Moroccan Empire.

**By:/s/** , EXECUTOR/TRUSTEE. **10105905**
Allison Stanton EL: Bey. trust corpus Moroccan Empire.

# Our Authority

10105905

STATE OF ILLINOIS }
COOK COUNTY } SS. NO
FILED FOR RECORD

1928 AUG 1 PM 2 52

AND RECORDED IN
BOOK PAGE

CORPORATION—Religious—Affidavit of Organization. Form No. [illegible] Printed and sold by the Chicago Legal News Co.

State of Illinois, } ss.
County of COOK }

I, NOBLE DREW ALI,

do solemnly swear that at a meeting of the members of the MOORISH SCIENCE TEMPLE OF AMERICA held at Chicago in the County of Cook and State of Illinois, on the 20th day of July A. D. 1928, for that purpose, the following persons were ~~elected~~ appointed Trustees SHEIKS according to the rules and usages of such MOORISH SCIENCE TEMPLE OF AMERICA

NOBLE DREW ALI, HEALY EL, HALL BEY, LOVETT BEY, AND FOREMAN BEY.

The Moorish Science Temple of America deriving its power and authority from the Great Koran of Mohammed to propagate the faith and extend the learning and truth of the Great Prophet of Ali in America. To conduct appoint and consecrate missionaries of the prophet and to establish the faith of Mohammed in America.

And said MOORISH SCIENCE TEMPLE OF AMERICA adopted as its corporate name, the following MOORISH SCIENCE TEMPLE OF AMERICA

And at said meeting, this affiant acted as Presiding officer.

Drew Ali

Subscribed and Sworn to before me, this 20th day of [illegible] A. D. 1928

[illegible signature]
Notary Public

[illegible] Rev. Stat. Chap. 32 § 36. *Or appointed. †Or Wardens, vestrymen, or whatever name they may adopt.

OFFICIAL CERTIFIED COPY
TRUE AND COMPLETE

Gmail

Mi Mi <meechy2001@gmail.com>

**Stanton v. Odin New Horizon - Response to Plaintiff's Demand**

1 message

**Alexander Gershen** <agershen@scalefirm.com> Thu, Feb 13, 2025 at 4:53 PM
To: Mi Mi <Meechy2001@gmail.com>
Cc: Jamie Wells <jamie.wells@scalefirm.com>, Alexander Gershen <agershen@scalefirm.com>

Ms. Stanton,

As you know, our office represents Odin New Horizon Real Estate Fund LP ("Odin") as national counsel in connection with the lawsuit filed in the U.S. District Court for the District of Colorado (Case No. 1:25-cv-00189). We are in receipt of various documents that you emailed to us which demanded "proof of title of claim" and a removal of all claims, liens, and encumbrances on the real property located at 16622 E. Asbury Ave., Aurora, CO 80013 (the "Property").

Odin respectfully declines your demand. On or around October 23, 2018, you voluntarily entered into a series of agreements with Unison Agreement Corp. ("Unison") related to its HomeOwner product. This included an option contract which granted Unison an option to purchase a percentage interest in the Property, which was secured by the recording of the Unison HomeOwner Deed of Trust ("Deed of Trust"). Unison subsequently assigned its agreements to Odin. Nothing in your demand suggests that Odin's lien is invalid or unenforceable against the Property. For that reason alone, Odin maintains there is no basis to remove its lien against the Property.

Please contact us with any further questions related to this matter.

Alexander Gershen

Partner

**Scale LLP** | www.scalefirm.com

C. 925.451.4494

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

**all to whom these presents shall come. Greeting:**

B[illegible] ue of the authority vested in me by the Archivist of the United States, I certify on their behalf, und[illegible] e s[illegible] f the National Archives of the United States, that the attached reproduction(s) is a true and corre[illegible] py [illegible] cuments in their custody.

| SIGNATURE | |
|---|---|
| NAME<br>DENNIS MICHAEL EDELIN | DATE 1/14/25 |
| TITLE<br>CHIEF, ARCHIVES 1 RESEARCH ROOM | |
| NAME AND ADDRESS OF DEPOSITORY<br>National Archives and Records Administration<br>700 Pennsylvania Avenue, NW<br>Washington, DC 20408 | |

NA FORM 14007 (7-22)

INSTRUCTIONS F[illegible] THE GOVERNMENT OF ARMIES OF THE UN[illegible] STATES IN THE FIELD.

SECTION I.

*Martial law—Military ju[illegible]ion—Military necessity—Retaliation.*

1. A place, district, or co[illegible] occupied by an enemy stands, in [illegible]sequence of the occupatio[illegible] der the Martial Law of the in-[illegible]ing or occupying army, w[illegible] r any proclamation declaring [illegible]rtial Law, or any public wa[illegible] to the inhabitants, has been [illegible]ed or not. Martial Law is th[illegible] nediate and direct effect and [illegible]sequence of occupation or conq[illegible].

[illegible]he presence of a hostile army pr[illegible] ims its Martial Law.

[illegible] Martial Law does not cease du[illegible] g the hostile occupation, [illegible]pt by special proclamation, ord[illegible] d by the commander-in-[illegible]f; or by special mention in the [illegible]aty of peace concluding [illegible] war, when the occupation of a [illegible] or territory continues [illegible]ond the conclusion of peace as one [illegible]e conditions of the same.

3. Martial Law in a hostile country [illegible] sists in the suspension, [illegible]y the occupying military authority [illegible] the criminal and civil law, and of the domestic administra[illegible] and government in the occupied place or territory, and in the [illegible]titution of military rule and force for the same, as well as in t[illegible] ctation of general laws, as far as military necessity requires t[illegible] spension, substitution, or dictation.

# INVOICE

**Moorish science temple of America**
41-50 78th Street, Queens NY, United States of America NEW YORK REPUBLIC, MOROCCO
beyjavel@gmail.com

**Invoice No#**: 0035
**Invoice Date**: Jan 31, 2025
**Due Date**: Jan 31, 2025

**$0.00**
**AMOUNT DUE**

**BILL TO**
Allison Stanton El
Allison Stanton El
16622 E Asbury ave, Aurora, Aurora 80013
Meechy2001@gmail.com

**SHIP TO**
Allison Stanton El
Allison Stanton El
16622 E Asbury ave, Aurora, Aurora 80013

| # | ITEMS & DESCRIPTION | QTY/HRS | PRICE | AMOUNT($) |
|---|---|---|---|---|
| 1 | Temple proclamation<br>1 x $150.00 I Non obligatory 0% | 1 | $150.00 | $150.00 |

| | |
|---|---|
| Subtotal | $150.00 |
| Other discount (100%) | -$150.00 |
| **TOTAL** | **$0.00 USD** |

**NOTES TO CUSTOMER**

National notice of redemption and conveyance
Fee simple absolute.
Member/beneficiary: Allison Stanton El
Christian Person: Allison Stanton
Moslem Person: Allison Stanton El
Temple banking recognition

FEDERAL CLASSIFICATIONS:
UNIQUE IDENTIFIER NO. 1237-7
HIERARCHAL CODE R1.01.052.004, FEDERAL CODE NO. 667, FEDERAL CODE NO. 463
U.S. DEPARTMENT OF DEFENSE FILE NO. 1-17
U.S. DEPARTMENT OF JUSTICE FILEM: BM: SHR: 1WD:144-35-0
-CORPORATIONS-RELIGIOUS-AFFIDAVIT OF ORGANIZATION- FORM 1099 DOC 10105905 BOOK 521 Page 579 RECORDED IN COOK COUNTY CHICAGO, ILLINOIS-1928-AUGUST 01, 2:52PM
US NATIONAL ARCHIVE RECORD GROUP NO. 147 BOOK NO. 5-21 PAGE NO. 5-39.....